John ROEMER, respondent, v. ASTORIA VENEER MILLS AND DOCK COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Elijah P. ROGERS, applt., v. George W. ROGERS, respt. Elijah P. ROGERS, applt., v. George W. ROGERS and Frank J. Rogers, respts. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Judgment in each case affirmed, with costs. All concur.

Emma ROLAND, respt., v. VILLAGE OF LANCASTER, applt. (Supreme Court, Appellate Division, Fourth Department. March 29, 1916.) Judgment and order affirmed, with costs. All concur.

Samuel W. ROSE, as admr., etc., applt., v. MORNINGSIDE CEMETERY ASSN. OF SYRACUSE, respt. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Appeal dismissed, without costs, upon stipulation filed.

John W. ROTHENBERG, Applt., v. Bernard GREENTHAL, Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs; said costs and disbursements to be paid by the defendant's attorney personally. No opinion. Order filed.

Henry M. RYNEHART, appellant, v. Frederick W. ROWE, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Lena SABERSKI, respondent, v. The NEW YORK CENTRAL RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment of the County Court of Westchester County affirmed, with costs. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Mary SANDS, respondent, v. PENNSYLVANIA RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Application dismissed, without costs.

Gesine SCHENKER, respt., v. Henry DOSCHER et al., applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Gesine SCHENKER, Respt., v. Henry DOSCHER et al., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

Cela SCHLESINGER, respondent, v. YONKERS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Annie Adamson SCHMUL, respt., v. The FAYETTE AMUSEMENT CO., Inc., applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment affirmed, with costs. All concur.

Philip SCHNEIDER, appellant, v. NEW YORK & LONG ISLAND TRACTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Motion to dismiss appeal granted, unless the appellant perfect his appeal, place the case on the May calendar, and be ready for argument when reached.

Philip SCHNEIDER, appellant, v. NEW YORK & LONG ISLAND TRACTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment affirmed by default, with costs. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Michael SCINTO, respondent, v. George S. DEARBORN, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Order of the County Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Theresa SEAGRIST et al. v. Daniel G. Reid et al. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied, with $10 costs. (Scott, J., dissenting.) Order filed.

Edythe A. SHANK, respt., v. COLUMBIA PROTECTIVE ASSN., applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion granted and appeal dismissed, with costs.

In the matter of the final judicial settlement of the accounts of Frank R. SHERMAN, as temporary administrator of the goods, chattels and credits of William S. Deyoe, deceased. Frank R. SHERMAN, as temporary administrator, etc., applt., v. Maude VANDENBURGH, administratrix with the will annexed of William S. Deyoe, deceased, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Decree unanimously affirmed, without costs.

In the matter of the election of trustees of SHILOH BAPTIST CHURCH. Petition of Henry Scott, and others. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Motion granted, on condition that